IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRIME RENTALS PTY LTD, An Australian Corporation;<br><br>            Plaintiff,<br><br>vs.<br><br>ALLMAND BROS., INC., A Nebraska Corporation;<br><br>            Defendant. | **4:12CV3237**<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties:

IT IS ORDERED:

1) The trial and pretrial conference dates are set aside pending resolution of the defendant's motion for summary judgment.

2) Within seven (7) days following the summary judgment ruling, counsel for the parties shall contact my chambers to set a new pretrial conference and trial date.

August 27, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge